## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MICHAEL GUTHRIE,

Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC.,

Defendant.

Case No. 1:15-cv-09690

Judge Milton I. Shadur

## AGREED STIPULATION OF DISMISSAL

Pursuant to a settlement agreement, it is hereby stipulated and agreed by and between the Plaintiff, Michael Guthrie and the Defendant, Bayview Loan Servicing, LLC., through their respective counsel that the above-captioned case be dismissed *without* prejudice with leave to reinstate through August 1, 2016. After August 1, 2016, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Date: July 18, 2016

Respectfully submitted,

By: /s/ Majdi Y. Hijazin
Majdi Y. Hijazin, *Of Counsel*
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
Phone: (630) 575-8181
Fax:    (630) 575-8188
mhijazin@hijazinlaw.com

By: /s/ Jonathon D. Nusgart (*with consent*)
Jonathon D. Nusgart
SMITH & WEIK, LLC.
1011 Lake Street,
Suite 412
Oak Park, IL 60301
Phone: (708) 386-9540
jnusgart@smithweiklaw.com